[Nos. 23842–6–I; 23843–4–I.   Division One.   August 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDY
TAPLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–01988–4, Susan R. Agid, J., entered February 22, 1989. *Reversed* by unpublished per curiam opinion. ▉

[No. 11277–9–II.   Division Two.   August 28, 1989.]

LARRY BARNHART, ET AL, *Appellants,* v. ST. PAUL
SURPLUS LINES INSURANCE CO., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85–2–00659–7, Robert L. Harris, J., entered
July 17, 1987. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Alexander, C.J., and Reed, J.

[No. 11469–1–II.   Division Two.   August 28, 1989.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent,*
v. ALLSTATE INSURANCE COMPANY, *Appellant,*
NORMA TURNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Mason
County, No. 84–2–00143–1, James B. Sawyer II, J., entered
September 28, 1987. *Affirmed in part* and *reversed in part*
by unpublished opinion per Petrich, A.C.J., concurred in by
Reed and Worswick, JJ.